# THE STATE OF TEXAS
# M A N D A T E

******************************************

**TO THE 3RD DISTRICT COURT OF ANDERSON COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 13th day of May, 2015, the cause upon appeal to revise or reverse your judgment between

**RONALD DEE VAN ZANDT, Appellant**

**NO. 12-14-00068-CR; Trial Court No. 31363**

Opinion by James T. Worthen, Chief Justice.

**THE STATE OF TEXAS, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and the briefs filed herein, and the same being considered, because it is the opinion of this court that there was error in a portion of the judgment of the court below, it is ORDERED, ADJUDGED and DECREED by this court that the judgment of conviction for **continuous sexual abuse of a young child** be **reversed** and a judgment of **acquittal** be, and the same is, hereby entered herein in accordance with the opinion of this court. In all other respects, it is ORDERED, ADJUDGED, and DECREED by this court that the judgment of the trial court be, and hereby is, **affirmed**; and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 7th day of July, 2015.

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
Chief Deputy Clerk